IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EAGLE RAINBOW CENTER, LLC, )<br>A Nevada limited liability )<br>company, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>COLONIAL BANK, an Alabama )<br>banking corporation, and )<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, as receiver )<br>for Colonial Bank, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:10cv728-MHT<br>(WO) |

JUDGMENT

In accordance with the notice of voluntary dismissal with prejudice (doc. no. 23) as to defendant Colonial Bank, it is the ORDER, JUDGMENT and DECREE of the court that this cause is dismissed with prejudice as to defendant Colonial Bank, with the parties to bear their own fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of March, 2011.

      /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE